# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:11cv66

| | |
|---|---|
| SYNOVUS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PATRICK COLEMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion for Extension of Time to Answer [# 21]. Plaintiff requests an extension of time to respond to the counterclaims contained in Defendants' Amended Answer. For good cause shown, the Court **GRANTS** the motion [# 21]. Plaintiff shall have until August 29, 2011, to answer or otherwise respond to the Counterclaim.

Because the Amended Answer supercedes the original Answer, Counterclaims, and Third Party Complaint. The Court **DENIES as moot** the Motion to Dismiss Counterclaims [# 13] and Motion to Strike Answer to Complaint [# 11].

Signed: August 8, 2011

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge